IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WANELEY WRAY BROWN,
    Petitioner

v.

LORETTA LYNCH, et al.,
    Respondents

3:15-cv-1680

(Judge Mariani)

## ORDER

**AND NOW**, this 5th day of October, 2015, for the reasons set forth in the Memorandum of the same date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The motion for leave to proceed *in forma pauperis* (Doc. 2) is **DISMISSED** as moot.[1]

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith.

Robert D. Mariani
United States District Judge

---

[1] Subsequent to filing the motion for leave to proceed *in forma pauperis*, Petitioner paid the requisite filing fee. *See* (Docket Entry dated September 22, 2015).